IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTONIO JAVIER MORALES, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 15-1318 |
| | : | |
| CITY OF PHILADELPHIA, *et al.*, | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW**, this 11th day of June 2015, upon consideration of the City of Philadelphia's Motion to Dismiss the claims asserted against it in the Complaint [Doc. No. 4], it is hereby **ORDERED** that the Motion is **GRANTED** and all claims against the City are **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint no later than July 2, 2015.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.