IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
| ANTONIO JAVIER MORALES, | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION NO. 15-1318 |
| | : |
| CITY OF PHILADELPHIA, *et al.*, | : |
| Defendants | : |
|_____| : |

# ORDER

**AND NOW,** this 7th day of January 2016, upon consideration of the City of Philadelphia's Motion to Dismiss [Doc. No. 18] and the response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and the claims against the City, which are set forth in Count II of the Amended Complaint, are **DISMISSED**. The Clerk of Court is directed to terminate the City as a party.

Within 14 days of the date of this Order, Plaintiff shall provide the Court with a status report with regard to his intent to pursue his claims against the John Doe defendants, who have not yet been identified or served.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**